MEMO ENDORSED

## GUZMAN & MILLER, LLP
### Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/20/25

**Main office**

263 Smithtown Boulevard  
Nesconset, NY 11767

Office: 516-222-0099  
Fax: (516) 222-0079

801 South Broadway  
Hicksville, NY, 11801

Stacey Rinaldi Guzman  
Wayne G. Miller  
Jack Stanton  (Retired)

Michael Patigalia

October 20, 2025

**VIA ECF**

Honorable Judge Andrew L. Carter, Jr.  
500 Pearl Street  
New York, NY 10007

**Re:** Lawson v. Commissioner of Social Security  
**Case#:** 1:25-cv-05914

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR JUDGMENT ON THE PLEADINGS

Honorable Judge Carter:

The undersigned represents the above-captioned Plaintiff. The Plaintiff's Motion for Judgement on the Pleadings is due on October 20, 2025 and the Plaintiff is requesting an extension of time in order to submit same to December 5, 2025.

The Plaintiff does not have access to the entire Administrative Record, access to which is essential to completing and submitting his brief. The undersigned has attempted to contact the US Attorney handling this case, Padma Ghatage. However, due to the government shutdown, there is no one available to provide the remainder of the Administrative Record to my office or even to get consent regarding our within request.

As such, the undersigned respectfully requests that Your Honor grant the within request. We respectfully await Your Honor's reply and appreciate Your attention to this matter.

          Respectfully submitted,

          GUZMAN & MILLER, LLP

          *__Stacey Rinaldi Guzman__*
          Stacey R. Guzman

SRG/sg

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

10/20/25